UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EMPIRE AIRLINES, INC., an Idaho corporation,<br><br>              Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>              Defendant. | Case No. 2:12-CV-459-EJL<br><br>ORDER OF DISMISAL WITH PREJUDICE |

      This matter came before the Court on the parties Stipulation for Dismissal with Prejudice, and good and sufficient cause appearing therefor,

      IT IS HEREBY ORDERED AND THIS DOES ORDER that the Complaint is dismissed with prejudice, each party to bear their own costs and fees.

DATED: **July 25, 2013**

_/s/ Edward J. Lodge_
~~Hon~~orable Edward J. Lodge
U. S. District Judge

ORDER GRANTING STIPULATION FOR DISMISSAL - 1